IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NORTHPOINT MORTGAGE, INC.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTEGRITY MORTGAGE, LLC; CASEY HAMLIN; DARLENE TILTON; AND BRANDY EGAN,<br><br>Defendants/Counterclaim Plaintiff. | Case No. 2:23-cv-00005-LEW |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Northpoint Mortgage, Inc., and Defendants, Integrity Mortgage, LLC, Casey Hamlin, Darlene Tilton, and Brandy Egan, hereby stipulate to the voluntary dismissal of the above-captioned action, with prejudice and with each party to bear its own costs.

*[intentionally left blank]*

Dated: November 3, 2023				Respectfully submitted,


						*/s/ Eric J. Uhl*
						Eric J. Uhl
						David Ginzer
						Richardson, Whitman, Large & Badger
						465 Congress Street
						Portland, Maine 04112-9545
						Telephone: (207) 774-7474
						euhl@rwlb.com
						dginzer@rwlb.com

						*Attorneys for Plaintiff Northpoint Mortgage, Inc.*



						*/s/ D. Sam Anderson*
						D. Sam Anderson
						Adam R. Prescott
						Berstein Shur
						100 Middle Street, PO Box 9729
						Portland ME  04104-5029
						Telephone: (207) 774-1200
						sanderson@bernsteinshur.com
						aprescott@bernsteinshur.com

						*Attorneys for Defendants Integrity Mortgage, LLC,*
						*Casey Hamlin, Darlene Tilton, and Brandy Egan*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 3rd day of November, 2023 I caused a true copy of the foregoing document to be electronically filed with the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Eric. J. Uhl
Eric J. Uhl
David Ginzer
Richardson, Whitman, Large & Badger
465 Congress Street, 9th FL
Portland, Maine 04101
(207) 774-7474
euhl@rwlb.com
dginzer@rwlb.com

*Attorneys for Plaintiff Northpoint Mortgage, Inc.*